AO 442 (Rev. 11/11) Arrest Warrant

FID 1931489

# UNITED STATES DISTRICT COURT

for the

District of Columbia

RECEIVED
By USMS District of Columbia District Court at 4:36 pm, Jul 27, 2026

United States of America
v.
Patrick Neal (AKA: Pat)

*Defendant*

Case: 1:26-cr-00174
Assigned To : McFadden, Trevor N.
Assign. Date : 7/24/2026
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Patrick Neal,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2250(a) (Failure to Register as a Sex Offender).

Date: 07/24/2026

M.A. Upadhyaya
*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 7/27/26, and the person was arrested on *(date)* 9/11/26
at *(city and state)* Washington D.C.

Date: 9/11/26

*Arresting officer's signature*

Daniel Padilla DUSM
*Printed name and title*